UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
In Admiralty

Case No: 0:21-cv-60765-AHS

GREAT LAKES INSURANCE SE,

 Plaintiff,

v.

SUNSET BOAT RENTALS AND TOURS, INC.,

  Defendant.      /

**JOINT SCHEDULING REPORT**

  The Parties, Great Lakes Insurance SE ("Great Lakes") and Sunset Boat Rentals and Tours, Inc. ("Sunset"), pursuant to Local Rule 16.1(b), Fed. R. Civ. P. 16(b) and 26(f), and this Court's Order dated April 8, 2021 [ECF No. 5], hereby submit the following Joint Scheduling Report:

  **Proposed Case Track:**

  Pursuant to Local Rule 16.1(a)(2), the Parties believe that this matter should be assigned to the Expedited Track.

  **Joint Scheduling Report**

  **(A) The likelihood of settlement;**

  Although the Parties will continue to work cooperatively toward an amicable settlement, it does not appear that settlement is likely at this time.

  **(B) The likelihood of appearance in the action of additional parties;**

  The Parties will seek to amend the pleadings at the earliest possible opportunity if the need to add additional parties arises.

  **(C) Proposed limits on the time to (i) join other parties and to amend the pleadings; (ii) file and hear motions; and (iii) complete discovery;**

Please see the attached Proposed Scheduling Order.

**(D) <u>Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment;</u>**

None at this time. Discovery is in its infancy and the Parties will work together to simplify the issues and prepare motions for summary judgment.

**(E) <u>The necessity or desirability of amendments to the pleadings;</u>**

Great Lakes is presently evaluating whether it wishes to amend. Any amendments will be filed expeditiously and in advance of the Court's amendment deadline.

**(F) <u>The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence;</u>**

The Parties will work together to obtain admissions and stipulations that will avoid any unnecessary proof at trial.

**(G) <u>Suggestions for the avoidance of unnecessary proof and of cumulative evidence;</u>**

At this time, discovery is still in its infancy. However, the Parties will work together to avoid unnecessary proof and presentation of cumulative evidence at trial.

**(H) <u>Suggestions on the advisability of referring matters to a Magistrate Judge or master;</u>**

At this time, the Parties consent to having discovery disputes heard by the Magistrate Judge. The Parties do not consent to referring any other matters to the Magistrate Judge at this time.

**(I) <u>A preliminary estimate of the time required for trial;</u>**

The Parties preliminarily estimate a one-day non-jury trial in this case.

**(J) <u>Requested date or dates for conferences before trial, a final pretrial conference, and trial;</u>**

Please see attached Proposed Scheduling Order.

**(K) Any issues about (i) Disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced; (ii) Claims of privilege or of protection as trial-preparation materials, including - - if the parties agree on a procedure to assert those claims after production -- whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502; and (iii) when the parties have agreed to use the ESI Checklist available on the Court's website (www.flsd.uscourts.gov), matters enumerated on the ESI Checklist;**

None at this time.

**(L) Any other information that might be helpful to the Court in setting the case for status or pretrial conference.**

None at this time.

Dated: May 27, 2021.

Respectfully submitted,

/s/ Manuel E. Garcia
Manuel E. Garcia
Florida Bar No. 915645
garcialaw@garcialawkw.com
Kendal Lyn Harden
Florida Bar No. 1011329

**GARICA LAW FIRM**
515 Whitehead Street
Key West, FL 33040
Telephone: (305) 292-1437
*Attorneys for Sunset*

/s/ Aaron M. Dmiszewicki
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Aaron M. Dmiszewicki
Florida Bar No. 111455
amd@davantlaw.com

**DAVANT LAW, P.A.**
12 Southeast 7th Street, Suite 605
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400
*Attorneys for Great Lakes*