UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
In Admiralty

Case No: 0:21-cv-60765-AHS

GREAT LAKES INSURANCE SE,

    Plaintiff,

v.

SUNSET BOAT RENTALS AND TOURS, INC.,

    Defendant.                                    /

## PROPOSED SCHEDULING ORDER

**THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **January 24, 2022**. If the case cannot be tried during the two-week period, it will be re-set for each successive trial calendar until it is tried or resolved. The **Calendar Call** will be held at **9:00 a.m. on Tuesday, January 18, 2022**. The parties shall adhere to the following schedule:

| | |
|---|---|
| 1. Joinder of any additional parties and filing of motion to amend the complaint. | July 23, 2021 |
| 2. Parties shall select a mediator pursuant to Local Rule 16.2 and shall schedule a time, date and place for mediation. | June 18, 2021 |
| 3. Plaintiffs shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2). | August 2, 2021 |
| 4. Defendant(s) shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2). | August 23, 2021 |
| 5. Exchange of rebuttal expert witness summaries and reports as required by Fed. R. Civ. P. 26(a)(2). | August 7, 2021 |

| | | |
|---|---|---|
| 6. Written lists containing the names and addresses of all fact witnesses intended to be called at trial. | | August 6, 2021 |
| 7. Fact discovery shall be completed. | | September 22, 2021 |
| 8. Expert discovery shall be completed. | | September 30, 2021 |
| 9. Mediation shall be completed. | | October 8, 2021 |
| 10. Dispositive motions, including summary judgment and *Daubert*, shall be filed. | | October 18, 2021 |
| 11. Deposition designations and counter designations shall be filed. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. Failure to comply with deadline and meet and confer may result in objections being stricken or other appropriate sanctions. | | December 10, 2021 |
| 12. All other pretrial motions and memoranda of law shall be filed. | | November 24, 2021 |
| 13. Joint pretrial stipulation, deposition designations and counter-designations, and proposed findings of fact and conclusions of law shall be filed. The parties shall meet and confer prior to submitting the deposition designations and counter-designations in a good faith effort to resolve objections. | | January 14, 2022 |

Dated: May 27, 2021.

Respectfully submitted,

/s/ *Manuel E. Garcia*
Manuel E. Garcia
Florida Bar No. 915645
garcialaw@garcialawkw.com
Kendal Lyn Harden
Florida Bar No. 1011329

**GARICA LAW FIRM**
515 Whitehead Street
Key West, FL 33040
Telephone: (305) 292-1437
*Attorneys for Sunset*

/s/ *Aaron M. Dmiszewicki*
Charles S. Davant
Florida Bar No. 15178
csd@davantlaw.com
Aaron M. Dmiszewicki
Florida Bar No. 111455
amd@davantlaw.com

**DAVANT LAW, P.A.**
12 Southeast 7th Street, Suite 605
Fort Lauderdale, FL 33301
Telephone: (954) 414-0400

|  |  |
|---|---|
|  | *Attorneys for Great Lakes* |